```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 03855
   TANIKA A TAYLOR
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6656

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/07/2005 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.23% from remaining funds.

     The case was paid in full 05/12/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
NUVELL CREDIT CO LLC    UNSECURED       12637.91           .00          1544.96
CITY OF CHICAGO WATER DE SECURED          480.70           .00           480.70
COUNTRYWIDE HOME LOANS ^ CURRENT MORTG      .00            .00              .00
COUNTRYWIDE HOME LOANS ^ MORTGAGE ARRE   7316.90           .00          7316.90
COUNTRYWIDE HOME LOANS   NOTICE ONLY    NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED          .00            .00              .00
ISAC                     UNSECURED       7469.16           .00           913.09
CITY OF CHICAGO WATER DE UNSECURED          .00            .00              .00
NICOLE G LAWSON          DEBTOR ATTY    1,644.00                       1,644.00
TOM VAUGHN               TRUSTEE                                         700.35
DEBTOR REFUND            REFUND                                        1,223.71

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  13,823.71

PRIORITY                                              .00
SECURED                                          7,797.60
UNSECURED                                        2,458.05
ADMINISTRATIVE                                   1,644.00
TRUSTEE COMPENSATION                               700.35
DEBTOR REFUND                                    1,223.71
                         --------------          --------------
TOTALS                   13,823.71               13,823.71
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 03855 TANIKA A TAYLOR

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 08/27/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```